Mollen, P. J., Mangano, Thompson, Bracken and Niehoff, JJ., concur.

■ In the Matter of MORTON RIVKIND, an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE TENTH JUDICIAL DISTRICT, Petitioner.—Motion by petitioner pursuant to section 691.3 of the rules of this court (22 NYCRR).

The respondent was admitted to practice by this court on October 24, 1973. By order of the Supreme Court of Arizona dated November 6, 1986, the respondent was suspended from the practice of law in that State after his conviction of attempted possession of cocaine. The Arizona crime would constitute a class B misdemeanor in New York (see, Penal Law §§ 220.03, 110.00, 110.05).

Ordered that the motion is granted. The respondent is suspended from the practice of law as of this date for an indefinite period of time with leave to apply for reinstatement after he is reinstated to the practice of law in Arizona; and it is further,

Ordered that the said Morton Rivkind be and he hereby is commanded to desist and refrain: (1) from practicing law in any form either as principal or agent, clerk or employee of another; (2) from appearing as an attorney or counselor-at-law before any court, Judge, Justice, board, commission or other public authority; (3) from giving to another an opinion as to the law or its application, or any advice in relation thereto; and (4) from holding himself out in any way as an attorney and counselor-at-law; and it is further,

Ordered and directed that the respondent, Morton Rivkind, shall comply with this court's rules governing the conduct of disbarred, suspended or resigned attorneys—a copy of such rules being annexed hereto and made a part hereof. Mollen, P. J., Mangano, Thompson, Bracken and Brown, JJ., concur.

■ In the Matter of JAY L. SCHWIMER (Admitted as JAY LAWRENCE SCHWIMER), an Attorney, Respondent. GRIEVANCE COMMITTEE FOR THE SECOND AND ELEVENTH JUDICIAL DISTRICTS, Petitioner.—Motion by petitioner pursuant to section 691.3 of the rules of this court (22 NYCRR) with respect to the above respondent Jay L. Schwimer, an attorney and counselor-at-law, who was admitted to practice by this court on December 16, 1959, under the name Jay Lawrence Schwimer.

By order of the Supreme Court of New Jersey dated May 28, 1986, the respondent was disbarred in New Jersey.

Ordered that the motion is granted. Respondent is disbarred